United States District Court
Southern District of Texas
**ENTERED**
April 29, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HASAN HUSEYIN GOKTAS, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-00279 |
| | § | |
| PAMELA BONDI, et al., | § | |
| | § | |
| Respondents. | § | |

## ORDER OF DISMISSAL

The petitioner, Hasan Huseyin Goktas, filed this petition to challenge his ongoing immigration custody. Respondents advise the Court that Goktas voluntarily departed the United States on April 21, 2026. Doc. No. 14, 14-1. Because Goktas is no longer in custody and there is no viable controversy, his petition must be dismissed as moot. See Spencer v. Kemna, 118 S. Ct. 978, 983 (1998) (holding that a case becomes moot if it "no longer present[s] a case or controversy under Article III, § 2 of the Constitution" because "[t]he parties must continue to have a 'personal stake in the outcome' of the lawsuit'") (quoting Lewis v. Cont'l Bank Corp., 110 S. Ct. 1249, 1254 (1990)).

Therefore, the Court **ORDERS** as follows:

1.  This habeas petition is **DISMISSED** without prejudice as **MOOT.**

2.  All pending motions, if any, are **DENIED as MOOT.**

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED:  April 28, 2026

_____
Andrew S. Hanen
United States District Judge